IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GILBERT EVANS,

Plaintiff,

v.

RICK WATSON, *Sheriff, St. Clair County*,

Defendant.

Case No. 14-cv-1417 JPG/RJD

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: October 19, 2017**   **JUSTINE FLANAGAN, Acting Clerk of Court**

   **s/Tina Gray, Deputy Clerk**

**Approved:**   *s/J. Phil Gilbert*
   **J. PHIL GILBERT**
   **DISTRICT JUDGE**